CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PRESS, INC., a California corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>BOBBI JONES, et al.,<br><br>                Defendants. | CASE NO. CV 16-333-R<br><br>JUDGMENT OF DISMISSAL |

On April 22, 2016, this Court granted the Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b)(6) filed by Defendant Bobbi Jones.

**NOW, THEREFORE, IT IS ADJUDGED AND DECREED THAT** the Complaint is dismissed. Judgement is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: January 12, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE